**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,**<br><br>　　　**Plaintiff,**<br><br>　　vs.<br><br>**HAROON MUJADIDI a/k/a AARON H. MUJADID, INDIVIDUALLY, d/b/a/ ZAMBUR,**<br><br>　　　**Defendant(s).** | Case No.: 11-CV-05423 YGR<br><br>**FINAL DEFAULT JUDGMENT** |

　　　The Court granted Plaintiff's Motion for Entry of Default Judgment. Consequently, **DEFAULT JUDGMENT IS ENTERED** in favor of Plaintiff J & J Sports Productions, Inc. and against Defendant Haroon Mujadidi a/k/a Aaron H. Mujadid, individually, and d/b/a Zambur, on Counts II and III of the Complaint for violation of 47 U.S.C. § 553 and conversion in the amount of **$10,400.00**, consisting of $4,200.00 in statutory damages, $4,000.00 in enhanced damages, and $2,200.00 for conversion damages.

　　　Counts I and IV of the Complaint for violations of 47 U.S.C. § 605 and California Business and Professions Code § 17200 are **DISMISSED WITH PREJUDICE**.

　　　**IT IS SO ORDERED.**

Date: November 14, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**